## STATEMENT OF FACTS

Beginning in December 2023, multiple federal and local law enforcement agencies, including the United States Postal Inspection Service (USPIS), the Metropolitan Police Department of the District of Columbia (MPD), and the Arlington County Police Department (ACPD), began investigating multiple high-volume mail thefts from United States postal mailboxes at multi-family luxury residences and the potentially related robberies of postal letter carriers and other unsuspecting victims in the Washington, D.C. metropolitan area.

As described in greater detail below, Ibrahim Emmanuel DE LA CRUZ, DOB 2/12/1999 perpetrated a large number of high-volume mail thefts in the Washington, D.C. metropolitan area, using stolen U.S. Postal Service "Arrow keys," or keys to "Arrow locks," or "Modified Arrow Locks," which are locks with standard dimensions used by the U.S. Postal Service for mail carriers to access collection boxes, outdoor parcel lockers, cluster box units, and apartment mailbox panels. Specifically, as outlined below, DE LA CRUZ closely resembles the individual captured on video committing a string of these thefts and is connected to the thefts in multiple ways, as shown below.

On February 13, 2024 Ibrahim DE LA CRUZ was stopped by Officer Brock Brooks in the 2000 block of 14th Street, NW, Washington, D.C. while operating a white Mercedes bearing a Maryland paper tag T1668576 (CCN 24034571). **(Figure 1).**



**Figure 1**

During the stop DE LA CRUZ can be seen wearing distinctive glasses and a watch on his left arm. **(Figure 2).** DE LA CRUZ can be seen wearing these same glasses in surveillance footage in subsequent mail thefts that are referenced below.



**Figure 2**

Law enforcement has identified DE LA CRUZ's Instagram account as a1.blackmigo Instagram ID 232632883 through his prominent presence in the posts and "stories" of the account. An Instagram "Story" was posted on February 14, 2024 upon which an individual resembling DE LA CRUZ is prominently featured in its posts and "Stories." The "Story" shows an individual resembling DE LA CRUZ standing in front a White Mercedes Benz GLE53 SUV bearing Maryland paper tag T1668576 where he is wearing a Canada Goose jacket with a patch on the left sleeve. A screenshot of the "Story" is provided below **(Figure 3)**. DE LA CRUZ is standing in front of the same white Mercedes from the traffic stop from February 13, 2024 and is wearing the same distinctive watch.



**Figure 3**

**February 19, 2024 Mail Theft Incidents**

On February 19th, 2024, at approximately 12:13 AM, three males entered the condominium building located at 2337 Champlain Street, NW, Washington, DC 20009 and accessed the mailboxes there by using at least two Arrow Keys. The incident was captured on surveillance video. One of the individuals, was observed as a heavy-set light skinned black or Hispanic male wearing glasses, a gray hood, a black Canada Goose jacket, dark sweatpants, and black sneakers with red and white trims utilize one of the arrow keys. The individual's appearance is consistent with that of DE LA CRUZ. As depicted in **Figure 4** and **5**, the individual is wearing the same Canada Goose jacket with the patch on the left sleeve and similar glasses as depicted in **Figures 1-3**.




**Figure 4**                    **Figure 5**

## February 24, 2024 Traffic Stop

On February 24, 2024 DE LA CRUZ was stopped by Officer Eddie Choi at the 1400 block of Clifton Street, NW (CCN 24029043). DE LA CRUZ was driving the same white Mercedez, Maryland tag, T1668576 that he was driving on February 13, 2024. **(Figure 6).** DE LA CRUZ provided his driver's license with a photo taken from his cell phone and when Officer Choi asked how to pronounce his first name he stated "Ibrahim." DE LA CRUZ was asked to step out of the vehicle but he put the car in drive, drove onto the sidewalk and fled down 14th street at a high rate of speed and was not apprehended.

During the stop, DE LA CRUZ can be seen wearing a sweatshirt with an image of a spider web that can be seen on surveillance footage in subsequent mail theft robberies that occurred on March 4, 2024 and March 5, 2024. **(Figure 6).** He was also wearing the same black Canada Goose jacket with a patch on the left sleeve that he was wearing in **Figure 5,** the February 19, 2024 mail theft. **(Figure 7).**


**Figure 6**


**Figure 7**

### March 1, 2024 Mail Theft Incident

On March 1, 2024, at 1401 R Street, NW, Washington, DC, 20009, at approximately 12:15 AM, a young, black, juvenile male ("Co-conspirator 1") let two unknown males into 1401 R Street, NW by opening the front door for them. The incident was captured on surveillance video, which shows Co-conspirator 1, who lived in the building, wearing a black t-shirt and striped black and white shorts. The first unknown male to walk in was wearing multicolored gym shoes, black sweatpants, a lighter shade covid mask, and dark colored coat. After reviewing the surveillance footage, the second individual was observed as a heavy-set light skinned black or Hispanic male, with a large afro, wearing black and white tennis shoes, dark sweatpants, glasses, and a dark Canada Goose-style coat. Your affiant has reviewed the footage and the second individual bears a strong resemblance to DE LA CRUZ. Both men used stolen Arrow keys to open the collection boxes at the location, then placed all the stolen mail and parcels into a yellow parcel bag and exited the location. Still photographs from the surveillance video **(Figures 8a-8e)** are below:



Figure 8a     Figure 8b



Figure 8c     Figure 8d



Figure 8e

DE LA CRUZ can be seen wearing the same Canada Goose-style coat with the patch on the left sleeve and can be seen wearing the similar style glasses. **(Figure 8f).**



**Figure 8f**

## March 3, 2024 Mail Theft Incident

Two days later, on March 3, 2024, another mail theft attack occurred at 2200 17th Street, NW, Washington, DC, 20009. As captured on video surveillance, at approximately 2:23 PM, two males entered the outdoor locked mail area with a stolen Arrow key. The first male was a heavy-set light skinned black or Hispanic male, with a large afro, glasses, black sweat pants, black t-shirt, and with a black and white hoodie wrapped around his neck. The second male was wearing white gym shoes, gray sweatpants, a black NIKE shirt, and a black and white Moncler jacket. The two males used a stolen USPS Arrow key to enter the collection box at the location and steal various mail pieces. The first male can be seen entering several parcels and First Class mail pieces and handing one particular First Class Mail piece to the male in the jacket. The male in the jacket opens an Amazon parcel and takes the contents, and they both leave the location with several pieces of mail. The first male can be seen using his cell phone during this mail theft. Your affiant has reviewed the footage and the first individual bears a strong resemblance to DE LA CRUZ. Screenshots of the surveillance footage **(Figures 9a-9e)** from the location are provided below:



Figure 9a                                    Figure 9b



Figure 9c                                    Figure 9d



Figure 9e

**March 4, 2024 Mail Theft Incident**

The next day, on March 4, 2024, at approximately 11:53 PM, two men dressed in black sweatpants approached 2419 Ontario Road, NW, Washington, DC, 20009. The collection

mailboxes at this location are not behind any kind of gate. There are collection mailboxes on both sides of the main door entryway into 2419 Ontario Road, NW. As captured on video, a heavy-set male with an apparent large afro wearing a black hooded sweatshirt with the graphic image of a spider web on the front and sleeves, glasses, sweatpants, and a mask, entered both collection mailboxes with an Arrow key. The other male, dressed in dark clothes, then began to steal mail and parcels together with the primary suspect from both collection mailbox units. Eventually, four suspects appear to steal mail from 2419 Ontario Road, NW. Still photographs from available surveillance footage **(Figure 10a – 10e)** of the incident are below – with circles or arrows added around key details. In the Ring Camera in **Figure 10e**, an individual bearing a strong resemblance to DE LA CRUZ looked into the camera and stated "I love you daddy".



**Figure 10a**



Figure 10b



Figure 10c


**Figure 10d**


**Figure 10e**

Surveillance footage then shows the four individuals entering a white vehicle that is similar in appearance to the white Mercedes that DE LA CRUZ was driving on February 13, 2024 and February 24, 2024. Furthermore, the sweatshirt depicted in **Figure 10d** is similar in appearance to the sweatshirt DE LA CRUZ was wearing in his February 24, 2024 traffic stop.



**Figure 10f**

**March 5, 2024 Mail Theft Incident**

On March 5, 2024, at approximately 12:26 AM, surveillance video captured a heavy-set light skinned male with an apparent protruding afro wearing a black and white hooded sweatshirt with the graphic image of a spider web on the front and sleeves, glasses, and dark sweatpants, along with another male, entering 2138 California Avenue, NW, Washington, DC 20008. Property management at the location confirmed that mail was stolen from the location and mailboxes were left open, but could only provide entry video footage, a screenshot of which is provided below. Your affiant has reviewed the footage and the individual wearing the spiderweb pattern is consistent in appearance with DE LA CRUZ. **(Figure 11)**.



**Figure 11**

      Approximately one hour later on March 5, 2024 at approximately at approximately 1:49 AM, five unknown suspects dressed in all black entered the package room at National Landing in Arlington, Virginia, at 1201 South Joyce Street, Arlington, VA 22202, which is part of the same National Landing apartment homes as 900 Army Navy Drive, VA 22202.  The five suspects at 1201 South Joyce Street opened various packages, and left with mail and package matter.  Based on available camera footage, one of the individuals, matches the description DE LA CRUZ, a heavy-set light skinned male with an apparent protruding afro, wearing glasses, a black hooded sweatshirt with a white brand name "Sp5der" on the chest and a graphic image of a spider web on the front and sleeves, black sweatpants and a black mask.  A screenshot of the surveillance footage of the incident is provided below.  **(Figure 12a & 12b).**


**Figure 12a**


**Figure 12b**

**Instagram Video**

The following video from the identified DE LA CRUZ's Instagram account, video_331550695342802729, was posted on March 3, 2024. The stills show DE LA CRUZ wearing a Canada Goose jacket with a patch on the left shoulder and a distinctive sweatshirt with the spiderweb pattern. DE LA CRUZ can be seen wearing the same jacket and sweatshirt in mail theft robberies that occurred on February 19, 2024; March 1, 2024 and March 4, 2024. In **Figure 13**, DE LA CRUZ is wearing a sweatshirt that he is wearing during the March 4, 2024 mail theft. In **Figure 14** DE LA CRUZ is wearing the Canadian Goose jacket that can be seen in the February 19, 2024 and March 1, 2024 mail thefts. In **Figure 15**, DE LA CRUZ is wearing distinctive glasses that he is wearing in all of the mail theft robberies referenced. In **Figure 16,** DE LA CRUZ is displaying the same distinctive watch that he was wearing in the February 13, 2024 traffic stop.

  

**Figure 13**  **Figure 14**  **Figure 15**



**Figure 16**

The following video from the identified DE LA CRUZ's Instagram account, video_3324515902006279945 was posted on March 15, 2024. De La Cruz can be seen holding the same sweatshirt, **Figure 17,** that he can be seen wearing during the February 24, 2024 traffic stop, and the March 4, 2024 mail theft.



**Figure 17**

**Connection to DE LA CRUZ**

Surveillance footage of the above incidents depicts an individual bearing a strong resemblance to Ibrahim Emmanuel DE LA CRUZ, DOB 2/12/1999. The individual pictured stealing mail at 2200 17th Street, NW **(as shown in Figure 9b)** bears a strong resemblance to Ibrahim Emmanuel DE LA CRUZ, DOB 2/12/1999 as depicted in his Washington, DC Driver's License, the picture of which is provided below **(Figure 18).**

Furthermore, based on the appearance, build, clothing, you affiant can state that the individual depicted from the prior mail theft incidents in **Figures 2 & 4** (February 19, 2024 mail theft); **Figure 8c – 8d** (March 1, 2024 mail theft) and **Figure 10d** (March 4, 2024 mail theft) bears a strong resemblance to DE LA CRUZ as well.


**Figure 9b**


**Figure 18**


**Figure 4**



**Figure 8c**           **Figure 8d**



**Figure 10d**

    As such, your affiant submits that probable cause exists to charge Ibrahim DE LA CRUZ with four violations of 18 U.S.C. § 1708 **(Theft or Receipt of Stolen Mail Matter Generally**).

*Jonathan Boller*
POSTAL INSPECTOR
JONATHAN BOLLER
UNITED STATES POSTAL INSPECTION SERVICE

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 9th day of September, 2024.*

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE